UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.                                                            CRIMINAL NO. 3:11CR88

CAMERON ALLEN FAULKNER

### ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

On petition of John Marshall Alexander, United States Attorney for the Northern District of Mississippi, in the above-entitled cause, it is hereby

ORDERED:

That a writ of habeas corpus ad prosequendum forthwith issue from this court directed to the Sheriff, Marshall County Sheriff's Department, Holly Springs, Mississippi, the United States Marshal for the Northern District of Mississippi; and/or any other United States Marshal, commanding them to produce the body of Cameron Allen Faulkner, before this court in Oxford, Mississippi, on Monday, July 11, 2011, at 9:00 a.m. for initial appearance on the indictment pending against him, and directing them to return forthwith thereafter the said Cameron Allen Faulkner to the custody of the Sheriff, Marshall County Sheriff's Department, Holly Springs, Mississippi, at the conclusion of the above cause.

This the 28th day of June, 2011.

_____
UNITED STATES MAGISTRATE JUDGE